IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TARA WILSON,[1] | § | |
| | § | No. 218, 2023 |
| Respondent Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CK21-03081 |
| TIMOTHY HOPKINS, | § | Petition No. 22-24643 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: August 25, 2023
Decided: August 30, 2023

## ORDER

It appears to the Court that, on July 25, 2023, the Senior Court Clerk issued a notice—sent by certified mail to the address provided to the Court by the appellant—directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court appeal fee, as directed by the Court's July 12, 2023 letter. On August 24, 2023, the notice to show cause was returned to the Court as unclaimed and unable to be forwarded. The appellant has not provided updated contact information to either this Court or the Family Court. Under the circumstances, dismissal of this action is deemed to be unopposed.

---

[1] The parties were previously assigned pseudonyms under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:


*/s/ N. Christopher Griffiths*
Justice